FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2016

No. 04-16-00347-CV

**ALLSTATE COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Gregorio G. **PAREDES** Jr.,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 9,016
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

In this court's order of August 11, 2016, appellate deadlines in this case were suspended until September 26, 2016, and the parties were ordered to mediation with Paul Van Osselaer. On October 4, 2016, parties filed a joint motion requesting that the deadline suspension be extended until October 27, 2016.

The request is granted. Appellate deadlines in this case are hereby suspended until **October 27, 2016**.

It is so **ORDERED** on October 10, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2016.

_____
Keith E. Hottle, Clerk